IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KEITH KERR**,

**Plaintiff,**

v.

**AEP MEMCO, LLC,**

**Defendant.**                                              No. 09-0250-DRH

### ORDER

**HERNDON, Chief Judge:**

Today, Plaintiff filed a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i) (Doc. 5). The Court **ACKNOWLEDGES** the notice of dismissal and **DISMISSES** without prejudice this case. The Court will close the file.

**IT IS SO ORDERED.**

Signed this 29th day of April, 2009.

/s/    David R Herndon

**Chief Judge**
**United States District Court**